**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Debra I. Wood,

                Plaintiff,                Civil No. 10-3732 (RHK/JJG)

vs.                                    **ORDER**

Michael J. Astrue, Commissioner of
the Social Security Administration,

                Defendant.

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: August 29, 2010

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge